# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00119-CV

**In re Tracy Nixon**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Filed: February 28, 2020